UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:19-CR-83-D

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ANTHONY MORRIS MCFARLANE | ORDER |

On motion of the Defendant Anthony Morris McFarlane, and for good cause shown, it is hereby ORDERED that Docket Entry 40 be sealed until further notice by this Court. This document shall be filed under seal and will remain so sealed until otherwise ordered by the Court, except that copies may be provided to Counsel for the Government and Counsel for the Defendant.

IT IS SO ORDERED.

This the 14 day of October, 2020.

JAMES C. DEVER III
United States District Judge